# IN THE SUPREME COURT OF THE STATE OF NEVADA

RLP-BUCKWOOD COURT, LLC.
          Appellant,

vs.

RESIDENTIAL CREDIT SOLUTIONS, INC.,
          Respondent.

No. 72122

**FILED**

DEC 1 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment in a quiet title action. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

On August 28, 2017, this court entered an order to show cause directing appellant to submit documentation that establishes this court's jurisdiction over this appeal. Appellant's response was due by September 27, 2017; and appellant failed to file the response. Accordingly, on October 30, 2017, this court again directed appellant, within 11 days, to file the response. We cautioned appellant that failure to file the response could result in the dismissal of this appeal. To date appellant has failed to file the response or otherwise communicate with this court; accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Kerry Louise Earley, District Judge
Janet Trost, Settlement Judge
Cooper Coons Ltd.
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk